**[J-33C-2025 and J-33D-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD | No. 110 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated November 1, 2023<br><br>ARGUED: May 13, 2025 |
| v. | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN | |
| APPEAL OF: CITIZENS FOR PENNSYLVANIA'S FUTURE, CLEAN AIR COUNCIL, AND THE SIERRA CLUB AND ITS PENNSYLVANIA CHAPTER, | |
| Possible Intervenors | |
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER, LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS | No. 111 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated November 1, 2023<br><br>ARGUED: May 13, 2025 |

```
                                    :
            v.                      :
                                    :
                                    :
                                    :
PENNSYLVANIA DEPARTMENT OF          :
ENVIRONMENTAL PROTECTION AND        :
PENNSYLVANIA ENVIRONMENTAL          :
QUALITY BOARD                       :
                                    :
                                    :
APPEAL OF: CITIZENS FOR             :
PENNSYLVANIA'S FUTURE, CLEAN AIR    :
COUNCIL, THE SIERRA CLUB AND ITS    :
PENNSYLVANIA CHAPTER, AND           :
ENVIRONMENTAL DEFENSE FUND,         :
                                    :
        Possible Intervenors        :
```

## ORDER

**PER CURIAM**

**AND NOW,** this 6th day of January, 2026, upon consideration of Senate Appellees' Application to Dismiss Appeal (110 MAP 2023) and the responses thereto, it is hereby **ORDERED** that the application is **GRANTED** and the appeal docketed at 110 MAP 2023 is **DISMISSED** as moot. It is further **ORDERED** that, in light of the enactment of Act 45 of 2025, the appeal docketed at 111 MAP 2023 has also become moot and is, therefore, **DISMISSED**.

It is further **ORDERED** that applications of Possible Intervenors/Appellants to file responses to the applications to discontinue filed in 106 and 107 MAP 2023 are **GRANTED**. The Prothonotary is **DIRECTED** to docket the responses, attached as Exhibit A to each application, accordingly.